UNITED STATES DISTRICT COURT 
WESTERN DISTRICT OF NEW YORK 
___________________________________ 

SHAUN LEVESTONE, 

 Plaintiff, 
 DECISION AND ORDER 
 v. 
 6:21-CV-06461 EAW 
BORTEL, Correctional Officer, and 
INGLUTS, Correctional Officer, 

 Defendants. 
____________________________________ 

 INTRODUCTION 
Pro se plaintiff Shaun Levestone (“Plaintiff”) initiated this action pursuant to 42 
U.S.C. § 1983 on June 25, 2021. (Dkt. 1). Currently pending before the Court is a Report 
and Recommendation (the “R&R”) issued by United States Magistrate Judge Mark W. 
Pedersen recommending the dismissal of Plaintiff’s claims with prejudice for failure to 
prosecute pursuant to Federal Rule of Civil Procedure 41(b). (Dkt. 23). For the reasons 
set forth below, the Court adopts the R&R in its entirety. As a result, the case is dismissed 
with prejudice. 
 BACKGROUND 
As set forth in the R&R, on March 17, 2023, Judge Pedersen scheduled a conference 
pursuant to Federal Rule of Civil Procedure 16 for May 10, 2023, and issued an order 
requiring the parties to meet and confer pursuant to Federal Rule of Civil Procedure 26(f) 
and to file a proposed discovery plan. (Dkt. 23 at 2-3). The parties did not file a discovery 
plan. (Id. at 3). Plaintiff did not appear at the Rule 16 conference. (Id.). 
At Judge Pedersen’s direction, the Clerk of Court issued an Order to Show Cause 
on May 23, 2023, requiring Plaintiff to show cause in writing why the matter should not 
be dismissed for failure to prosecute. (Dkt. 22). Plaintiff’s deadline to respond was June 

23, 2023. (Id. at 1). Plaintiff was expressly warned that failure to comply with the Order 
to Show Cause would “result in the dismissal of this action with prejudice pursuant to Fed. 
R. Civ. P. 41(b).” (Id.). The Order to Show cause was mailed to Plaintiff at his address of 
record and was not returned as undeliverable. Plaintiff did not respond to the Order to 
Show Cause, nor has he otherwise contacted the Court. (See Dkt. 23 at 3). 

On November 29, 2023, Judge Pedersen issued the R&R, recommending that the 
case be dismissed with prejudice for failure to prosecute pursuant to Rule 41(b). (Dkt. 23). 
No party filed objections to the R&R. 
 DISCUSSION 
Pursuant to 28 U.S.C. § 636(b)(1), the parties had 14 days to file objections to the 

R&R. No objections were filed. The Court is not required to review de novo those portions 
of a report and recommendation to which objections were not filed. See Mario v. P & C 
Food Mkts., Inc., 313 F.3d 758, 766 (2d Cir. 2002) (“Where parties receive clear notice of 
the consequences, failure [to timely] object to a magistrate’s report and recommendation 
operates as a waiver of further judicial review of the magistrate’s decision.”). 

Notwithstanding the lack of objections, the Court has conducted a careful review of the 
R&R, as well as the prior proceedings in the case, and finds no reason to reject or modify 
the R&R. Accordingly, the matter will be dismissed with prejudice for failure to prosecute. 
 CONCLUSION 
 For the foregoing reasons, the Court adopts the R&R (Dkt. 23) in its entirety and 
dismisses the case with prejudice for failure to prosecute pursuant to Rule 41(b). The Clerk 
of Court is hereby directed to enter judgment in favor of Defendants and close the case. 
 SO ORDERED. 

 LIZABETH 4/WOMFORD/ 
 ief Idge 
 United States District Court 
Dated: January 10, 2024 
 Rochester, New York 

 -3-